476 A.2d 106

Commonwealth v. Williams, Jr., Appellant.

Submitted January 20, 1984. Paul M. Messing, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.